**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **TYLER M. PAETKAU, on behalf of himself and all others similarly situated,**<br><br> **Plaintiff,**<br><br> **v.**<br><br> **HUSCH BLACKWELL LLP; THE EXECUTIVE BOARD OF HUSCH BLACKWELL LLP, AND ITS MEMBERS Joe Glynias, Jamie Lawless, Jen Dlugosz, Julie Miceli, Joe Geraci, Hayley Hanson, Phil Koutnik, Ann Maher, Nikelle Meade, Sonni Nolan, Tom Shorter, Rudy Telscher, Ed Wilson, Jai Khanna, and J.Y. Miller; and Does 1-30**<br><br> **Defendants.** | **Case No. 4:25-cv-00721** |

## DEFENDANTS' MOTION FOR LEAVE TO DISMISS

Defendants Husch Blackwell LLP, the Executive Board of Husch Blackwell LLP, and its members Joe Glynias, Jamie Lawless, Jen Dlugosz, Julie Miceli, Joe Geraci, Hayley Hanson, Phil Koutnik, Ann Maher, Nikelle Meade, Sonni Nolan, Tom Shorter, Rudy Telscher, Ed Wilson, Jai Khanna, and J.Y. Miller ("Defendants"), through undersigned counsel, respectfully move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Tyler Paetkau's Complaint with prejudice for failure to state a claim upon which relief can be granted.

Defendants' motion is based on the accompanying Suggestions in Support, including the exhibits thereto, any reply or supplemental briefing Defendant may submit, and any further evidence or argument (including oral argument) that the Court may invite Defendants to present in connection with this motion.

WHEREFORE, Defendants respectfully request that the Court grant this motion, dismiss the Complaint in its entirety, with prejudice, and grant Defendants any other relief that the Court deems just and proper.

Respectfully submitted this 24th day of November 2025.

**JACKSON LEWIS P.C.**

*/s/ Phillip C. Thompson*
René E. Thorne (admitted *Pro Hac Vice*)
René.Thorne@jacksonlewis.com
Alex E. Hotard (admitted *Pro Hac Vice*)
Alex.Hotard@jacksonlewis.com
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone:     (504) 208-1755


Phillip C. Thompson, Mo. Bar #69915
Phillip.Thompson@jacksonlewis.com
7101 College Blvd., Suite 1200
Overland Park, KS 66210
Telephone:     (913) 981-1018

**COUNSEL FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 24, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

/s/ *Phillip C. Thompson*
Phillip C. Thompson, an attorney for Defendants

4903-3833-6636, v. 1