**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **TYLER M. PAETKAU, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HUSCH BLACKWELL LLP; THE EXECUTIVE BOARD OF HUSCH BLACKWELL LLP, AND ITS MEMBERS Joe Glynias, Jamie Lawless, Jen Dlugosz, Julie Miceli, Joe Geraci, Hayley Hanson, Phil Koutnik, Ann Maher, Nikelle Meade, Sonni Nolan, Tom Shorter, Rudy Telscher, Ed Wilson, Jai Khanna, and J.Y. Miller; and Does 1-30**<br><br>**Defendants.** | **Case No. 4:25-cv-00721-FJG** |

**JOINT MOTION FOR SECOND EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR MOTION FOR ATTORNEY'S FEES AND COSTS AND FOR PLAINTIFF TO FILE A NOTICE OF APPEAL**

Plaintiff Tyler M. Paetkau ("Plaintiff") and Defendants Husch Blackwell LLP, the Executive Board of Husch Blackwell LLP, and its members Joe Glynias, Jamie Lawless, Jen Dlugosz, Julie Miceli, Joe Geraci, Hayley Hanson, Phil Koutnik, Ann Maher, Nikelle Meade, Sonni Nolan, Tom Shorter, Rudy Telscher, Ed Wilson, Jai Khanna, and J.Y. Miller ("Defendants"), by and through undersigned counsel, jointly request a second extension of time for Defendants to file their Motion for Attorney's Fees and Costs, and for Plaintiff to file a notice of appeal. In support of this motion, the Parties state as follows:

1. On September 30, 2026, the Parties requested an extension to the deadlines for Defendants to move for attorney's fees and costs, and for Plaintiff to file a notice of appeal, to

enable the Parties to continue discussions regarding a potential agreement which would render moot any appeal or motion for attorney's fees. ECF No. 51.

2. Specifically, the Parties requested an extension to November 16, 2026, for both deadlines. *Id.*

3. On October 1, 2026, the Court granted the extension, setting both deadlines for November 16, 2026. ECF No. 52.

4. The Parties have now reached an agreement, which will become final and enforceable on November 24, 2026, if not revoked.

5. Accordingly, the Parties seek an additional 10-day extension, up to and including November 27, 2026, to Defendants' deadline to file a motion for attorney's fees and Plaintiff's deadline to file a notice of appeal, in order for the agreement to become enforceable prior to the expiration of those deadlines.

6. Good cause exists to grant this Motion. Granting the Motion would allow the parties to finalize their agreement which would render moot any appeal or motion for attorney's fees and conserve judicial and party resources that would be consumed by litigating a motion for attorney's fees and an appeal. This Motion is not made for purposes of undue delay or for any other improper purpose and will not adversely affect any party to this matter.

7. Defendants expressly waive and forfeit any objections, defenses, or arguments based on the timeliness of Plaintiff's notice of appeal, provided that Plaintiff files a notice of appeal by November 27, 2026.

WHEREFORE, the Parties respectfully request that the Court enter an Order extending Defendants' deadline to file a motion for attorney's fees and costs and Plaintiff's deadline to file

a notice of appeal to November 27, 2026, and for such other relief as the Court deems just and proper.

Respectfully submitted this 16th day of November 2026.


/s/ *David Tracey*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
Leigh Anne St. Charles*
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7006
Email: lstcharles@sanfordheisler.com

David Tracey*
Hyun Kim*
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5667
Email: dtracey@sanfordheisler.com
Email: hkim@sanfordheisler.com

Charles Field*
Myounghee Choung*
7911 Herschel Avenue, Suite 300
San Diego, CA 92037
Telephone: (619) 577-4242
Email: cfield@sanfordheisler.com
Email: dchoung@sanfordheisler.com

Robert Sullivan, MO #23870
6409 W. 92nd Street
Overland Park, KS 66212
Telephone: (816) 309-6840
Email: rsullivan@sanfordheisler.com

Bibianne Fell**
**FELL LAW, PC**

/s/ *Phillip C. Thompson*
**JACKSON LEWIS P.C.**
Phillip C. Thompson, MO #69915
7101 College Blvd., Ste. 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Email: Phillip.Thompson@jacksonlewis.com

René E. Thorne*
Alex E. Hotard*
601 Poydras St., Ste. 1400
New Orleans, LA 70130
Telephone: (504) 208-1755
Email: Rene.Thorne@jacksonlewis.com
Email: Alex.Hotard@jacksonlewis.com


**admitted pro hac vice*
***admission pro hac vice forthcoming*

**Attorneys for Defendants**

10680 Treena Street, Suite 160
San Diego, CA 92131
Telephone: (858) 201-3960
Facsimile: (858) 201-3966
Email: bibi@fellfirm.com

**admitted pro hac vice*
***admission pro hac vice forthcoming*

**Attorneys for Plaintiff**

4931-5158-5493, v. 1